[No. 39262-0-I.    Division One.    August 11, 1997.]

TRUDY STUBBLEFIELD, *Appellant*, v. PUGET SOUND KIDNEY CENTER, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 93-2-06990-0, James H. Allendoerfer, J., entered August 12, 1996. *Affirmed* by unpublished opinion per Baker, C.J., concurred in by Becker and Cox, JJ.

[No. 39287-5-I.    Division One.    August 11, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. CAMRON REED, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-8-09038-0, Michael J. Fox, J., entered August 28, 1996. *Dismissed* by unpublished per curiam opinion.

[No. 39398-7-I.    Division One.    August 11, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM O. WARD, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-1-03525-1, Michael Hayden, J., entered September 23, 1996. *Dismissed* by unpublished per curiam opinion.

[No. 39622-6-I.    Division One.    August 11, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID L. LOVE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-8-06085-4, Richard A. Jones, J., entered October 29, 1996. *Dismissed* by unpublished per curiam opinion.